**CORUS STAAL BV, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

and

**United States Steel Corporation, Defendant–Appellee.**

**No. 05–1600.**

United States Court of Appeals, Federal Circuit.

June 13, 2006.

Rehearing En Banc Denied Sept. 12, 2006.

Before RADER, Circuit Judge, PLAGER, Senior Circuit Judge, and LINN, Circuit Judge.

## JUDGMENT

PER CURIAM

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.